United States District Court
Southern District of Texas
FILED

JUN 1 6 2009

Michael N. Milby, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | Criminal No. **M-09- 808** |
| MICHAEL PEREZ | § § | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### Count One

On or about January 29, 2009, in the Southern District of Texas and within the jurisdiction of the Court, defendant

**MICHAEL PEREZ**

did knowingly and intentionally possess a material, namely a computer hard drive which contained an image of child pornography that had been mailed, shipped and transported using any means and facility of interstate and foreign commerce and in or affecting interstate and foreign commerce by any means, including by a computer.

In violation of Title 18, United States Code, Sections 2252A(a)(5)(B), 2252A(b)(2), and 2256.

### Count Two

On or about May 1, 2008, in the Southern District of Texas and within the jurisdiction of the Court, defendant

**MICHAEL PEREZ**

did knowingly and intentionally possess a material, namely a computer hard drive which contained an image of child pornography that had been mailed, shipped and transported using any means and

facility of interstate and foreign commerce and in or affecting interstate and foreign commerce by any means, including by a computer.

In violation of Title 18, United States Code, Sections 2252A(a)(5)(B), 2252A(b)(2), and 2256.

A TRUE BILL

_____
FOREPERSON

TIM JOHNSON
UNITED STATES ATTORNEY

_____
ASSISTANT UNITED STATES ATTORNEY