U.S. Department of Justice  
Washington, D.C.  
6/10/09/nc

Criminal Docket

__McALLEN__ Division

CR. No. **M-09- 808**

Judge: **RICARDO H HINOJOSA**

**INDICTMENT** Filed: June 16, 2009  
County: Hidalgo  
Lions #: **2009R03338**

UNITED STATES OF AMERICA

v.

MICHAEL PEREZ -- WARRANT --

Attorneys:

TIM JOHNSON, UNITED STATES ATTORNEY

JUAN F. ALANIS, ASST. U.S. ATTORNEY

Cts. 1&2

Charge(s):  Cts. 1&2:  Certain activities relating to material constituting or containing child pornography. Title 18, United States Code, Sections 2252A(a)(5)(B), 2252A(b)(2), and 2256.

Total Counts  
**(2)**

Penalty: Cts. 1&2:  Imprisonment for not more than 10 yrs. and/or a fine not to exceed $250,000 and not more than a 3 yr. SRT (as to each count)

Agency: Federal Bureau of Investigations - Cynthia Carreiro - 305D-SA-60760

Date                                                           Proceedings