2010 AUG 25 AM 11:26

MCALLEN, TX

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

United States District Court
Southern District of Texas
FILED

AUG 2 6 2010

David J. Bradley, Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | Criminal No. M-09-0808-01 |
| MICHAEL PEREZ | § § | |

### ORDER

Came on to be considered Government's Motion to Dismiss Criminal Indictment numbered M-09-0808 without prejudice against MICHAEL PEREZ for the stated reason that the Government does not wish to prosecute this defendant at this time.

It is the opinion of this Court that said motion should be GRANTED.

It is ORDERED that the Criminal Indictment numbered M-09-0808-01 against MICHAEL PEREZ be dismissed without prejudice.

It is further ORDERED that a copy of this Order be given to the U.S. Marshals Service, counsel for the defendant and counsel for the Government.

SIGNED at McAllen, Texas on this the 26th day of August, 2010

RICARDO H. HINOJOSA
CHIEF U.S. DISTRICT JUDGE
SOUTHERN DISTRICT OF TEXAS